```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mattsson,

              Plaintiff,

–v–

Pat McGrath Cosmetics LLC, *et al.*,

              Defendants.

21-cv-05187 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff's unopposed request for leave to file a third amended complaint is GRANTED.

SO ORDERED.

Dated: August 17, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge