

270 Madison Ave, New York, NY 10016 | T: (212) 684-3900 | F: (212) 684-3999 | www.grr.com

Maria A. Savio
Principal
msavio@grr.com

September 21, 2021

**VIA ECF**
Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      **Re:** Mattsson v. Pat McGrath Cosmetics LLC et al
          Case No. 1:21-cv-05187 - AJN

Dear Judge Nathan:

On behalf of Plaintiff and with the affirmative consent of respective counsel for defendant Pat McGrath Cosmetics LLC ("PMG") and for defendant Amazon.com, Inc. ("Amazon"), we respectfully request that the Court postpone the Initial Pretrial Conference now scheduled for October 1, 2021 to a date of the Court's choosing in November 2021.

The parties will be in a better position to prepare the Proposed Civil Case Management Plan and Scheduling Order once all the pleadings are filed and the parties can determine the needs of the case. PMG's answer is due September 22 and plaintiff will need to respond to any counterclaims. Defendant Amazon's response to the complaint now due October 21. The other defendants who were served in the action have yet to appear but the extension should allow them the opportunity to participate in both the Proposed Civil Case Management Plan and Scheduling Order and the conference.

We appreciate the Court's understanding and willingness to postpone the conference for the legitimate reasons stated and not for any reasons of delay.

The initial pretrial conference is adjourned to November 5, 2021 AT 3:30 P.M. The parties are ordered to file the Proposed Civil Case Management Plan and Scheduling Order by October 29, 2021.

Respectfully,

**GOTTLIEB, RACKMAN & REISMAN, P.C**

/ s /   Maria A. Savio
By:   Maria A. Savio

*Attorneys for Plaintiff Desiree Mattsson*

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/22/2021

rd via ECF