USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mattsson,

        Plaintiff,

–v–

Pat McGrath Cosmetics LLC et al.,

        Defendants.

21-cv-5187 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 7, 2021, Defendant Pat McGrath Cosmetics LLC filed a Motion to Strike Plaintiff's Second Amended Complaint. Dkt. No. 39. In its opposition, Plaintiff sought the Court's leave to file a proposed Third Amended Complaint. Dkt. No. 50. On August 16, 2021, Defendant filed a letter stating that its Motion to Strike would be mooted should the Court accept the Third Amended Complaint and that it would withdraw its motion upon the filing of the Third Amended Complaint. Dkt. No. 51.

The Court granted Plaintiff's request for leave to file a third amended complaint, Dkt. No. 52, and Plaintiff filed that document on the same day, Dkt. No. 53. Thus, Defendant's Motion to Strike the Second Amended Complaint is rendered moot and is hereby withdrawn. This resolves docket number 39.

SO ORDERED.

1

Dated: February 24, 2022
      New York, New York

_____

ALISON J. NATHAN
United States District Judge