# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

March 28, 2022

*By Electronic Filing*

Hon. Sarah L. Cave
U.S. Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re:   Desiree Mattsson v. Pat McGrath Cosmetics, LLC, et al.
      Civil Action No. 1:21-cv-05187-AJN-SLC

Dear Judge Cave:

This firm represents all named Defendants in the above-referenced matter. The Parties are engaged in good faith settlement discussions in an effort to amicably resolve this dispute. Accordingly, we write on behalf of all parties to jointly and respectfully request a forty-five day stay of the proceedings to allow the Parties to direct their resources and time towards settlement negotiations.

Accordingly, we request that the April 20, 2022, conference be rescheduled for May 4, 2022, or a date thereafter convenient for the Court, and that the deadlines set forth in the Scheduling Order (Dkt. No. 79) and extended by Judge Nathan on January 28, 2022 (Dkt. No.) be extended an additional forty-five (45) days or otherwise as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to complete depositions | May 10, 2022 | June 21, 2022 |
| Deadline to serve Requests for Admission | May 28, 2022 | July 11, 2022 |
| End of Fact Discovery + Pre-Trial Conference | June 3, 2022 | July 18, 2022 |
| Completion of all Expert Discovery | July 13, 2022 | August 26, 2022 |

---

**Stamp / Order:**

The parties' joint letter-motion for a 45-day extension of the current case deadlines (ECF No. 139) is GRANTED, and the proposed deadlines set forth in the chart below are ADOPTED. The parties shall file status reports certifying the completion of fact and expert discovery by **July 25, 2022**, and **September 2, 2022**, respectively. By **May 2, 2022**, the parties shall file a status report concerning their settlement negotiations.

The April 20, 2022 Telephone Discovery Conference before the undersigned (see ECF No. 137) is ADJOURNED to **Monday, May 9, 2022 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The June 3, 2022 post-discovery conference before the Honorable Alison J. Nathan is ADJOURNED sine die.

The Clerk of Court is respectfully directed to close ECF No. 139.

SO ORDERED 3/30/2022

_____
SARAH L. CAVE
United States Magistrate Judge

Hon. Sarah L. Cave
March 28, 2022
Page 2


Respectfully submitted,

*s/ Lynn E. Rzonca*

Lynn E. Rzonca

LER/mar


cc: Counsel of Record (via ECF)