UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIREE MATTSSON,<br><br>      Plaintiff,<br><br>  -v-<br><br>PAT MCGRATH COSMETICS LLC, et al.,<br><br>      Defendants. | 21-cv-5187 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On April 29, 2022, the Court held a telephonic status conference concerning the above-captioned case at which counsel for plaintiff and defendants were present.

The Court hereby grants the parties' joint motion for referral for a settlement conference to a magistrate judge other than Magistrate Judge Sarah L. Cave, before whom three fully briefed motions are currently pending. See ECF 93, 96, 120. The Clerk of the Court is requested to designate a magistrate judge for that purpose.

The parties' joint motion for a stay of proceedings is denied.

This case was recently reassigned to this Court upon the confirmation of Judge Alison J. Nathan to the U.S. Court of Appeals for the Second Circuit. The fully briefed motions at ECF 93, 96, and 120 shall remain before Magistrate Judge Cave. However, consistent with this Court's practice, the reference to Magistrate Judge Cave is otherwise withdrawn. All other motion practice and discovery will forthwith proceed under the auspices of the district court.

     The parties are directed to convene a joint phone conference with Chambers on Tuesday May 3, 2022, to set a new case management plan.

     SO ORDERED.

New York, NY  
April 29, 2022

                                           JED S. RAKOFF, U.S.D.J.