```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DESIREEE MATTSSON,

                              Plaintiff,

                    -against-

PAT MCGRATH COSMETICS LLC, PAT MCGRATH LTD, SEPHORA USA, INC., SEPHORA.COM, INC., AMAZON.COM, INC., BERGDORF GOODMAN, LLC, BERGDORF GOODMAN.COM, LLC, SELFRIDGES RETAIL LIMITED, and JOHN DOES 1-10

                              Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**21-CV-5187 (JSR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes. A telephone conference will be held on **Monday, June 27, 2022 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: May 4, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge